In the Matter of the Claim of ELIZABETH B. BRADY, Respondent, against FIFTH MADISON CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 7, 1952; decided January 10, 1952.

*Bryan Stricker* for motion.

*Nathaniel Goldstein, Attorney-General* (*Gilbert M. Landy* and *Roy Wiedersum* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.

In the Matter of the Probate of the Will of LILIAN G. McCHESNEY, Deceased. MARY L. BROWN et al., Appellants; NATIONAL COMMERCIAL BANK AND TRUST COMPANY OF ALBANY, Respondent.

Submitted January 7, 1952; decided January 10, 1952.

Motion to amend remittitur denied, with $10 costs. [See 303 N. Y. 696.]